UNITED STATES COURT OF APPEALS
 FOR THE TENTH CIRCUIT
 OFFICE OF THE CLERK
 Byron White United States Courthouse
 1823 Stout Street
 Denver, Colorado 80257
 (303) 844-3157
Elisabeth A. Shumaker Douglas E. Cressler
Clerk of Court June 28, 2013 Chief Deputy Clerk

Mr. Benjamin A. Gonzales
Office of the Federal Public Defender
District of New Mexico
111 Lomas, NW, Suite 501
Albuquerque, NM 87102

RE: 12-2076, United States v. Stewart
 District docket: 1:10-CR-02055-BB-1

Dear Counsel:

Enclosed is a copy of the order and judgment issued today in this matter. The court has
entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40, any petition for rehearing must be filed within 14
days after entry of judgment. Please note, however, that if the appeal is a civil case in
which the United States or its officer or agency is a party, any petition for rehearing must
be filed within 45 days after entry of judgment. Parties should consult both the Federal
Rules and local rules of this court with regard to applicable standards and requirements.
In particular, petitions for rehearing may not exceed 15 pages in length, and no answer is
permitted unless the court enters an order requiring a response. If requesting rehearing en
banc, the requesting party must file 18 paper copies with the clerk, in addition to
satisfying all Electronic Case Filing requirements. See Fed. R. App. P. Rules 35 and 40,
and 10th Cir. R.35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

 Sincerely,

 Elisabeth A. Shumaker
 Clerk of the Court
cc: Kimberly Ann Eaton Brawley
 Laura Fashing
 Gregory J. Fouratt

EAS/ad

 2